JS-6

Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Julie Gomez,<br><br>          Against<br><br>Equifax Information Services, LLC<br>Amsher Collection Services, Inc. | Case No.: 5:22-CV-307-RSWL(KKx)<br><br>The Hon. Kenly Kiya Kato<br><br>PROPOSED ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC<br><br>Complaint Filed: 02/17/2022 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice as to Equifax Information Services, LLC and being fully advised in the premises, DOES HEREBY ORDER, that the party is dismissed with prejudice with each party to bear their respective costs and fees

BY THE COURT:

 February 14, 2023                              /S/ RONALD. S.W. LEW
DATE:                                    ~~Hon. Kenly Kiya Kato~~ U.S. DISTRICT JUDGE